| Attorney or Appellant Name, Address , Telephone, and Fax Number | FOR COURT USE ONLY |
|---|---|
| Assistant U.S. Attorney Michael P. Iannotti<br>Office of the United States Attorney<br>50 Kennedy Plaza, 8th Floor<br>Providence, Rhode Island 02903<br>phone: (401) 709-5000 fax: (401) 709-5017<br>*Attorney for Appellant* | CA 07 024 ML |
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF RHODE ISLAND** | |
| In re: Christopher M. Alvanas and<br>Shari A. Alvanas<br>Debtor (s) | |
| Debtor's Social Security No(s). XXX-XX-8341<br>XXX-XX-9426 | CHAPTER 7<br>CASE NUMBER 05-15052 |
| Employer's Tax Identification Nos. [if any] | ADVERSARY NUMBER 05-1084<br>Consolidated as 05-01083 |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the (check only one box) ☐ plaintiff ☑ defendant or ☐ other party (specify name of party) United States Department of Education, appeals under 28 U.S.C. section 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe judgment, order or decree) Judgment Order (granting discharge of student loans) entered in this adversary proceeding or other proceeding (describe other proceeding) ____________ on the 12th day of December, (year) 2006.

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows:

   (Print or type names, addresses, telephone, and fax numbers)

Thomas B. Orr, Esquire
55 Memorial Boulevard
Newport, Rhode Island 02840
Phone: (401) 846-4610 Fax: (401) 849-9859
Attorney for the Debtors Plaintiffs

Kyle Seedorf, College Access Network
1801 Broadway, Suite 360
Denver, CO 80202
Phone: (720) 264-8530 Fax: (303) 292-1606
Co-Appellant/Co-Defendant Attorney

Christopher M. and Shari A. Alvanas
184A Willow Lane
Portsmouth, Rhode Island 02871
phone: (401) 683-6250
Debtors, Plaintiffs

Michael P. Iannotti, United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Phone: (401) 709-5000 Fax: (401) 709-5017
Attorney for the US Department of Education

**CONTINUED ON NEXT PAGE**

**Form 17**

| In re (SHORT TITLE) Christopher M. Alvanas and Shari A. Alvanas Debtor. | CHAPTER 7 CASE NUMBER 05-15052 |
|---|---|

Dated: December 22, 2006

/s/ Michael P. Iannotti
Signature (*Attorney for Appellant or Appellant if not represented by an Attorney*)

(Print or type name, address, telephone and fax numbers)

Michael P. Iannotti, Assistant U.S. Attorney
Office of the United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
phone: (401) 709-5000 fax: (401) 709-5017

**If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. section 158 (c), to have the appeal**

# PROOF OF SERVICE

STATE OF RHODE ISLAND
COUNTY OF Providence

1. I am employed in the County of Providence, State of Rhode Island. I am over the age of 18 and not a party to the within action. My business address is as follows:

2. **Regular Mail Service:** On December 22, 2006, I served the documents described as: NOTICE OF APPEAL on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Providence, Rhode Island, addressed as set forth below.

☑ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

Michael P. Iannotti, Esquire
*Type Name*

/s/ Michael P. Iannotti
*Signature*

Notice of Appeal - Page Three (3)

**PROOF OF SERVICE**

**CONTINUATION PAGE**

Thomas B. Orr, Esquire
55 Memorial Boulevard
Newport, Rhode Island 02840
Phone: (401) 846-4610
Fax: (401) 849-9859
Attorney for the Debtor

and

Kyle Seedorf, General Counsel
College Access Network
1801 Broadway, Suite 360
Denver, CO 80202
Phone: (720) 264-8530
Fax: (303) 292-1606
Attorney for College Access Network

and

Charles A. Pisaturo, Jr.
Law Offices of Charles A. Pisaturo Jr.
1055 Elmwood Avenue
Providence, RI 02907-2817
Phone: (401) 274-3800
Trustee