# TABLE OF CONTENTS


1. **Appeal Cover Sheet**
2. **Clerk's Certification**
3. **Certified Copy of Docket Card**
4. **Notice of Appeal by U.S. Dept. Of Education**
5. **Notice of Appeal by College Access Network**
6. **Appellant's Designation of Record and Statement of Issues on Appeal**