DLM

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET** CA 07 024 ML

1. AP. # 05-1083(BK 05-15052) [CA] #
2. Title of Bankruptcy Case Christopher M. Alvanas (Plaintiff) vs College Access Network; U.S. Dept. Of Educ. (Defendant)
3. Appellant: College Access Network & U.S. Dept. Of Educ.

   Name & Address of Counsel for Appellant(s):

   Kyle Seedorf
   1801 Broadway Suite 360
   Denver, CO 80202

   Michael Iannotti
   50 Kennedy Plaza 8th fl
   Providence RI 02903
4. Appellee: Michael M. Alvanas

   Name & Address of Counsel for Appellee(s):

   Thomas B. Orr
   55 Memorial Boulevard
   Newport RI 02840
5. Additional Counsel: none

   Office of the U. S. Trustee, 10 Dorrance Street,
   Providence, RI 02903 (401) 528-5551
6. Related Case(s) on Appeal: Yes____ No X
7. Special Comments: None

FILED
JAN 19 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND