UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - - - - *

In re: Christopher M. Alvanas :
Shari A. Alvanas

BK No. 05-15052
Chapter 7

Christopher M. Alvanas
Plaintiff

AP No. 05-1083

vs.

College Access Network;
United States Department
of Education :

Defendants
:

- - - - - - - - - - - - - - - - - - - - *

**CLERK'S CERTIFICATE**

I, Susan M. Thurston, Clerk of the United States Bankruptcy Court for the District of Rhode Island, do hereby certify that the enclosed contains copies of all the original papers in the file dealing with the action or proceedings in which the appeal is taken as set forth in the Designation of Record.

Witness my hand and the Seal of said Court at Providence in said District, the 18th Day of January A.D. 2007.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 1/18/2007

By: Christine A. Lanni, Deputy Clerk