UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In Re: Christopher M. Alvanas and
Shari A. Alvanas

Chapter 7
05-15052

CHRISTOPHER M. ALVANAS and
SHARI A. ALVANAS,
Plaintiffs,
v.
COLLEGE ACCESS NETWORK and
U.S. DEPARTMENT OF EDUCATION,
Defendants.

AP: #05-01083
AP: #05-01084

Consolidated as
AP: #05-01083

APPELLANTS' JOINT DESIGNATION OF RECORD
AND STATEMENT OF ISSUES ON APPEAL

The defendants-appellants, College Access Network and United States Department of Education, by and through their attorneys, pursuant to LR Gen 109(f)(6), hereby designate the following as the record on appeal:

A. The judgment and order of the bankruptcy judge entered on December 12, 2006.

B. The transcript of the November 29, 2006 hearing, which includes the oral decision and statement of reasons for the judgment and order referred to in subparagraph (A);

C. The record on appeal, which includes the following:

1. The Plaintiff-Appellees' trial exhibits;

2. Defendant-Appellant, College Access Network's, trial exhibits;

3. Defendant-Appellant, United States Department of Education's, trial exhibits.

In Re: Christopher M. & Shari A. Alvanas | Chapter 7 05-15052

Alvanas V. College Access Network
and United States Department of Education

AP:#05-01083
AP: #05-01084
Consolidated as AP: #05-01083

D. The issues on appeal are as follows:

1. Whether the plaintiffs-debtors, now, and in the foreseeable future, will be able to maintain a reasonable, minimal standard of living for the plaintiffs-debtors and the plaintiffs-debtors' dependents and still be able to make payments on the plaintiffs-debtors' student loans; and,

2. Whether the Bankruptcy Court improperly admitted and considered as evidence, lay testimony regarding the medical condition of individuals related to the plaintiff, Christopher Alvanas.

Signed:

College Access Network
Appellant
by its attorney

/s/ Kyle Seedorf
Kyle Seedorf, Esq.
(*pro hac vice*)
1801 Broadway, Ste. 360
Denver, CO 80202
720-264-8530
303-292-1606 (fax)
kseedorf@cslp.org

United States Department of Education
Appellant
by its attorney

/s/ Michael P. Iannotti
Michael P. Iannotti, Esq.
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Michael.Iannotti@usdoj.gov

In Re: Christopher M. & Shari A. Alvanas | Chapter 7 05-15052

Alvanas V. College Access Network
and United States Department of Education

AP:#05-01083
AP: #05-01084
Consolidated as AP: #05-01083

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2007, I electronically filed the within Designation of Record on Appeal, without attachments, with the Clerk of the United States Bankruptcy Court for the District of Rhode Island using the CM/ECF System and I hand delivered a copy of the Designation of Record on Appeal with attachments to the Clerk of the United States Bankruptcy Court.

The following participants have received notice without attachments electronically and a copy with attachments was sent via first class postage prepaid on January 3, 2007.

Thomas B. Orr, Esquire
55 Memorial Boulevard
Newport, Rhode Island 02840
Phone: (401) 846-4610
Fax: (401) 849-9859
Attorney for the Debtor
laworr@verizon.net

and

Kyle Seedorf, General Counsel
College Access Network
1801 Broadway, Suite 360
Denver, CO 80202
Phone: (720) 264-8530
Fax: (303) 292-1606
Attorney for College Access Network
kseedorf@cslp.org

and

Charles A. Pisaturo, Jr.
Law Offices of Charles A. Pisaturo Jr.
1055 Elmwood Avenue
Providence, RI 02907-2817
Phone: (401) 274-3800
Trustee
cpisaturo@earthlink.net

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney