**TRIAL, APPEAL, FeeWaived, REOPENED, CONS, TerminateDeadline**

**United States Bankruptcy Court**
**District of Rhode Island (Providence)**
**Adversary Proceeding #: 1:05-ap-01083**

*Assigned to:* Judge Arthur N. Votolato
*Related BK Case:* 05-15052
*Related BK Title:* Christopher M. Alvanas and Shari A. Alvanas
*Related BK Chapter:* 7
*Demand:*
*Nature[s] of Suit:* 426 Dischargeability 523

*Date Filed:* 12/22/05

Attest a True Copy
By

**Plaintiff**
-----------------------

**Christopher M. Alvanas**
184A Willow Lane
Portsmouth, RI 02871
SSN: xxx-xx-8341

represented by **Thomas B. Orr**
55 Memorial Boulevard
Newport, RI 02840
(401) 846-4610
Email: laworr@verizon.net
*LEAD ATTORNEY*

V.

**Defendant**
-----------------------

**Nelnet, Inc.**
*TERMINATED: 04/18/2006*

**College Access Network**

represented by **James R. Lee**
Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400
Fax : 401-222-2995
*LEAD ATTORNEY*

**Kyle Paul Seedorf**
College Access Network
1801 Broadway, Suite 360
Denver, CO 80202
(720) 264-8530
Fax : (303) 292-1606
Email: kseedorf@cslp.org
*LEAD ATTORNEY*

**United States Department of Education**

represented by **Michael P. Iannotti**
US Attorney's Office

Fleet Center
50 Kennedy Plaza 8th Floor
Providence, RI 02903
(401) 709-5000
Email: michael.iannotti@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 12/22/2005 | 1 | 426 (Dischargeability 523): Complaint by Christopher M. Alvanas , Shari A. Alvanas against Nelnet, Inc. Fee Amount $0 . Answer Due by:1/23/2006. U.S. Governmental Agency Answer due by 1/26/2006. (OHara, Anne) . Modified on 12/22/2005 (OHara, Anne). (Entered: 12/22/2005) |
| 12/22/2005 | 2 | Summons Issued on Nelnet, Inc. Summons Issued (OHara, Anne) (Entered: 12/22/2005) |
| 12/23/2005 | | Attorney Thomas B. Orr for Christopher M. Alvanas (plaintiff) added to case. . (Geraghty, Amy) (Entered: 12/23/2005) |
| 01/04/2006 | 3 | Summons Service Executed on Nelnet, Inc. 12/27/2005 . (Lanni, Christine) (Entered: 01/04/2006) |
| 01/24/2006 | 4 | Order to Show Cause in Writing against Plaintiff Christopher M. Alvanas and Attorney Thomas B. Orr (related document(s)1 Complaint, filed by Plaintiff Christopher M. Alvanas). Responses due by 2/6/2006. (Lanni, Christine) (Entered: 01/24/2006) |
| 01/26/2006 | 5 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 4 Order to Show Cause in Writing) Service Date 01/26/2006. (Admin.) (Entered: 01/27/2006) |
| 01/31/2006 | 6 | Motion for Entry of Clerk's Default for failure to answer. Affidavit Filed and Attached. Filed by Plaintiff Christopher M. Alvanas . (Attachments: # 1 Affidavit) (Lanni, Christine) (Entered: 01/31/2006) |
| 01/31/2006 | 7 | Clerk's Entry of Default. . (Lanni, Christine) (Entered: 01/31/2006) |
| 01/31/2006 | 8 | Notice of Defective Document Issued Defective Items: Motion Entry of Default Judgment & Judgment Default. If defect pertains to a pending motion/application/notice then objection/response deadline is terminated until deficiencies are timely corrected. (related document (s)7 Clerk's Entry of Default). . Compliance with Defective Document Notice Due By: 2/13/2006. (Lanni, Christine) Additional attachment(s) added on 2/7/2006 (Venuti, Jody). (Entered: 01/31/2006) |

| | | |
|---|---|---|
| 01/31/2006 | 9 | BNC Service of Document. (related document(s)8 Defective Document, ). (Lanni, Christine) (Entered: 01/31/2006) |
| 02/02/2006 | 10 | Motion for Default Judgment Filed by Plaintiff Christopher M. Alvanas . (Attachments: # 1 Attachment) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Lanni, Christine) (Entered: 02/02/2006) |
| 02/02/2006 | 11 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 7 Clerk's Entry of Default) Service Date 02/02/2006. (Admin.) (Entered: 02/03/2006) |
| 02/02/2006 | 12 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 9 BNC Service of Document) Service Date 02/02/2006. (Admin.) (Entered: 02/03/2006) |
| 02/07/2006 | 13 | Hearing Set (related document(s)10 Motion for Default Judgment, filed by Plaintiff Christopher M. Alvanas). . Hearing scheduled for 2/22/2006 at 10:00 AM at 6th Floor Courtroom. (Lanni, Christine) (Entered: 02/07/2006) |
| 02/09/2006 | 14 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 13 Hearing (AP)) Service Date 02/09/2006. (Admin.) (Entered: 02/10/2006) |
| 02/22/2006 | | Hearing Held re 10 Motion for Default Judgment filed by Plaintiff Christopher M. Alvanas. APPEARANCES: Orr. Orr said debtor husband is a guarantor on the child's student loan and there is now undue hardship due to medical problems. Orr said the debtor wife's complaint has been answered and he felt this complaint may not have been answered due to the condition of the debtor/husband. The Court granted the motion and Orr presented an order for signaure. (Cory, Lucinda) (Entered: 02/22/2006) |
| 02/22/2006 | 15 | Default Judgment against Nelnet, Inc. The amount of $35,419.03 plus post-petition interest is dischargeable. Appeals/Motion for Reconsideration Due by: 3/6/2006. (Cory, Lucinda) (Entered: 02/22/2006) |
| 02/24/2006 | 16 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 15 Default Judgment) Service Date 02/24/2006. (Admin.) (Entered: 02/25/2006) |
| 03/07/2006 | | Adversary Case Closed. . (Lanni, Christine) (Entered: 03/07/2006) |
| 03/09/2006 | 17 | Motion to Appear Pro Hac Vice. Receipt Number 393042, Fee |

| | | |
|---|---|---|
| | | Amount $50. Filed by Interested Party College Assess Network . (Attachments: # 1 Certificate of Service) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Lanni, Christine) Additional attachment(s) added on 3/9/2006 (Venuti, Jody). (Entered: 03/09/2006) |
| 03/09/2006 | 18 | Motion to Reconsider Filed by Interested Party College Assess Network (related document(s)15 Default Judgment). Objections to Motion Due: 3/22/2006. (Attachments: # 1 Proposed Order) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Lanni, Christine) ****Adversay Proceeding close on 3/7/06*** (Entered: 03/09/2006) |
| 03/10/2006 | 19 | Order Granting Motion of Kyle Seedorf to appear pro hac vice (Related Doc # 17) (Davis, Jennifer) (Entered: 03/10/2006) |
| 03/10/2006 | | Attorney James R. Lee (Local Counsel) for College Assess Network added to case. (Davis, Jennifer) (Entered: 03/10/2006) |
| 03/10/2006 | 20 | BNC Service of Document: (related document(s)19 Order Granting Motion of Kyle Seedorf to Appear pro hac vice). *Sent to local counsel, James Lee. (Davis, Jennifer) (Entered: 03/10/2006) |
| 03/12/2006 | 21 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 19 Order on Motion to Appear pro hac vice) Service Date 03/12/2006. (Admin.) (Entered: 03/13/2006) |
| 03/12/2006 | 22 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 20 BNC Service of Document) Service Date 03/12/2006. (Admin.) (Entered: 03/13/2006) |
| 03/15/2006 | 23 | Objection Filed by Plaintiff Christopher M. Alvanas re 18 Motion to Reconsider, filed by Interested Party College Assess Network). (Lanni, Christine) (Entered: 03/15/2006) |
| 03/27/2006 | 24 | Memorandum of Law (related document(s)18 Motion to Reconsider, filed by Interested Party College Assess Network). Filed by Interested Party College Assess Network. Filed as a reply in support of . (Lanni, Christine) (Entered: 03/28/2006) |
| 03/27/2006 | 25 | Answer to Complaint Filed by College Assess Network (related document(s)1 Complaint, filed by Plaintiff Christopher M. Alvanas). (Lanni, Christine) (Entered: 03/28/2006) |
| 03/27/2006 | 26 | Motion Substitution of Party (Defendant) Filed by Interested Party |

| | | |
|---|---|---|
| | | College Assess Network . Objections to Motion Due: 4/10/2006. (Attachments: # 1 Proposed rder) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Lanni, Christine) (Entered: 03/28/2006) |
| 03/28/2006 | 27 | Hearing Set (related document(s)24 Memorandum of Law filed by Interested Party College Assess Network, 18 Motion to Reconsider, filed by Interested Party College Assess Network, 23 Objection filed by Plaintiff Christopher M. Alvanas). . Hearing scheduled for 4/11/2006 at 10:00 AM at 6th Floor Courtroom. (Lanni, Christine) (Entered: 03/28/2006) |
| 03/30/2006 | 28 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 27 Hearing (AP), Hearing (AP)) Service Date 03/30/2006. (Admin.) (Entered: 03/31/2006) |
| 04/03/2006 | 29 | Emergency Motion Attend Hearing Telephonically Filed by Interested Party College Assess Network. Objections to Motion Due: 4/17/2006. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Seedorf, Kyle) (Entered: 04/03/2006) |
| 04/05/2006 | 30 | Order Granting Motion for Permission To Appear Telephonically (related document(s)29 Generic Motion, ). (Lanni, Christine) (Entered: 04/05/2006) |
| 04/07/2006 | 31 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 30 Generic Order) Service Date 04/07/2006. (Admin.) (Entered: 04/08/2006) |
| 04/11/2006 | 32 | Proposed Order After Hearing (related document(s)18 Motion to Reconsider, filed by Interested Party College Assess Network). Filed by Interested Party College Assess Network. Status Check Due by:4/17/2006. (Seedorf, Kyle) (Entered: 04/11/2006) |
| 04/11/2006 | 33 | Notice to the Court Filed by Kyle Paul Seedorf on behalf of College Assess Network (related document(s)26 Generic Motion, filed by Interested Party College Assess Network). (Attachments: # 1 Proposed Order) (Seedorf, Kyle) (Entered: 04/11/2006) |
| 04/11/2006 | | Hearing Held (related document(s)24 Memorandum of Law filed by Interested Party College Assess Network, 18 Motion to Reconsider, filed by Interested Party College Assess Network, 23 Objection filed by Plaintiff Christopher M. Alvanas). APPEARANCES: Atty. Orr; Atty. Seedorf (telephonically). Atty. Seedorf gave details of why notice was not received by the guarantor. They want to be added as a defendant and allowed to do discovery. Arguments by Atty. Orr. A |

| | | |
|---|---|---|
| | | tty. Orr wants counsel fees. Motion to Vacate is granted. Counsel fees are on hold. Order Due by: 4/21/2006 to be submitted by Atty. Seedorf. (Lanni, Christine) (Entered: 04/11/2006) |
| 04/18/2006 | 34 | Order Granting Motion (related document(s)26 Motion to Substitute Defendant College Access Network for Nelnet Inc. (Geraghty, Amy) (Entered: 04/18/2006) |
| 04/18/2006 | 35 | Order Granting Motion To Reconsider (Related Doc # 18) 15 default judgment. (Geraghty, Amy) (Entered: 04/18/2006) |
| 04/18/2006 | 36 | Order Vacating Order # (re:15 Default Judgment against Nelnet, Inc. The amount of $35,419.03 plus post-petition interest is dischargeable. See order 35 granting motion to reconsider. (Geraghty, Amy) Additional attachment(s) added on 4/20/2006 (Venuti, Jody). (Entered: 04/18/2006) |
| 04/18/2006 | | Other Deadlines Updated (related document(s)25 Answer to Complaint filed by Defendant College Assess Network, 1 Complaint, filed by Plaintiff Christopher M. Alvanas). . Discovery Plan Due by:5/26/2006. Issue Scheduling Order on: 6/2/2006. (Geraghty, Amy) (Entered: 04/18/2006) |
| 04/20/2006 | 37 | BNC Service of Document (related document(s)36 Order Vacating Order. . (Geraghty, Amy) (Entered: 04/20/2006) |
| 04/20/2006 | 38 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 34 Generic Order) Service Date 04/20/2006. (Admin.) (Entered: 04/21/2006) |
| 04/20/2006 | 39 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 35 Order on Motion To Reconsider) Service Date 04/20/2006. (Admin.) (Entered: 04/21/2006) |
| 04/22/2006 | 40 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 37 BNC Service of Document) Service Date 04/22/2006. (Admin.) (Entered: 04/23/2006) |
| 04/25/2006 | 41 | Discovery Plan Filed by Plaintiff Christopher M. Alvanas, Defendant College Access Network. (Seedorf, Kyle) (Entered: 04/25/2006) |
| 05/02/2006 | 42 | Scheduling Order Dispositive Motions & Pre-Trial Order due by 7/14/2006. Discovery due by 6/30/2006. Amended Pleading due by 5/12/2006; (Lanni, Christine) (Entered: 05/02/2006) |
| 05/04/2006 | 43 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 42 Scheduling Order) Service Date 05/04/2006. (Admin.) |

| | | |
|---|---|---|
| | | (Entered: 05/05/2006) |
| 06/09/2006 | 44 | Notice to the Court *of Deposition of Christopher M. Alvanas* Filed by Kyle Paul Seedorf on behalf of College Access Network. (Seedorf, Kyle) (Entered: 06/09/2006) |
| 06/28/2006 | 45 | Motion to Consolidate Lead Case 05-01083 with 05-01084 Filed by Plaintiff Christopher M. Alvanas. Objections to Motion Due: 7/11/2006. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Orr, Thomas) (Entered: 06/28/2006) |
| 07/12/2006 | 46 | Joint Pre-Trial Order (related document(s)42 Scheduling Order). Filed by Plaintiff Christopher M. Alvanas, Defendant College Access Network. (Seedorf, Kyle) (Entered: 07/12/2006) |
| 07/12/2006 | 47 | Motion in Limine re Dr. Carlos Brogna Filed by Defendant College Access Network. Objections to Motion Due: 7/25/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Seedorf, Kyle) (Entered: 07/12/2006) |
| 07/13/2006 | 48 | Order Granting Motion To Consolidate Lead Case: 05-1083 Member Case:05-1084 (related document(s)45 Motion to Consolidate, ). (Lanni, Christine) (Entered: 07/13/2006) |
| 07/15/2006 | 49 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 48 Order on Motion to Consolidate Case) Service Date 07/15/2006. (Admin.) (Entered: 07/16/2006) |
| 07/18/2006 | | Other Deadlines Updated (related document(s)1 Complaint, filed by Plaintiff Christopher M. Alvanas). . Pre-Trial Order due by 8/11/2006. JPTO to be filed as one with 05-1084. Email set to all parties. (Lanni, Christine) (Entered: 07/18/2006) |
| 07/24/2006 | 50 | Objection Filed by Plaintiff Christopher M. Alvanas re 47 Generic Motion, filed by Defendant College Access Network). (Orr, Thomas) (Entered: 07/24/2006) |
| 07/24/2006 | 51 | Addendum/Exhibit Filed by Plaintiff Christopher M. Alvanas (related document(s)50 Objection filed by Plaintiff Christopher M. Alvanas). Certificate of Service Due by:7/26/2006. (Orr, Thomas) Modified Text on 7/26/2006 (Lanni, Christine). (Entered: 07/24/2006) |
| 07/24/2006 | 52 | Addendum/Exhibit Filed by Plaintiff Christopher M. Alvanas (related document(s)50 Objection filed by Plaintiff Christopher M. Alvanas). |

| | | |
|---|---|---|
| | | Certificate of Service Due by:7/26/2006. (Orr, Thomas) Modified Text on 7/26/2006 (Lanni, Christine). (Entered: 07/24/2006) |
| 07/24/2006 | 53 | Addendum/Exhibit Filed by Plaintiff Christopher M. Alvanas (related document(s)50 Objection filed by Plaintiff Christopher M. Alvanas). Certificate of Service Due by:7/26/2006. (Orr, Thomas) Modified Text on 7/26/2006 (Lanni, Christine). (Entered: 07/24/2006) |
| 07/24/2006 | 54 | Addendum/Exhibit Filed by Plaintiff Christopher M. Alvanas (related document(s)50 Objection filed by Plaintiff Christopher M. Alvanas). Certificate of Service Due by:7/26/2006. (Orr, Thomas) Modified Text on 7/26/2006 (Lanni, Christine). (Entered: 07/24/2006) |
| 07/24/2006 | 55 | Addendum/Exhibit Filed by Plaintiff Christopher M. Alvanas (related document(s)50 Objection filed by Plaintiff Christopher M. Alvanas). Certificate of Service Due by:7/26/2006. (Orr, Thomas) Modified Text on 7/26/2006 (Lanni, Christine). (Entered: 07/24/2006) |
| 07/24/2006 | 56 | Certificate of Service Filed by Plaintiff Christopher M. Alvanas (related document(s)53 Addendum filed by Plaintiff Christopher M. Alvanas, 54 Addendum filed by Plaintiff Christopher M. Alvanas, 55 Addendum filed by Plaintiff Christopher M. Alvanas, 51 Addendum filed by Plaintiff Christopher M. Alvanas, 52 Addendum filed by Plaintiff Christopher M. Alvanas). (Orr, Thomas) (Entered: 07/24/2006) |
| 07/27/2006 | 57 | Hearing Set (related document(s)47 Generic Motion, filed by Defendant College Access Network, 50 Objection filed by Plaintiff Christopher M. Alvanas). . Hearing scheduled for 8/10/2006 at 10:00 AM at 6th Floor Courtroom. (Lanni, Christine) (Entered: 07/27/2006) |
| 07/27/2006 | 58 | Brief (related document(s)47 Generic Motion, filed by Defendant College Access Network). Filed by Defendant College Access Network. (Seedorf, Kyle) (Entered: 07/27/2006) |
| 07/29/2006 | 59 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 57 Hearing (AP)) Service Date 07/29/2006. (Admin.) (Entered: 07/30/2006) |
| 08/02/2006 | 60 | Motion Unopposed for Permission to Appear Telephonically Filed by Defendant College Access Network. Objections to Motion Due: 8/15/2006. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Seedorf, Kyle) (Entered: 08/02/2006) |
| 08/02/2006 | 61 | Affidavit Filed by Plaintiff Christopher M. Alvanas (related document(s)50 Objection filed by Plaintiff Christopher M. Alvanas). |

| | | |
|---|---|---|
| | | Declaration re: Electronic Filing, Form P.4 Due By: 8/17/2006. (Orr, Thomas) (Entered: 08/02/2006) |
| 08/04/2006 | 62 | Order Granting Motion for Permission to Appear Telephonically filed by Defendant College Access Network (related document(s)60 Generic Motion). (Davis, Jennifer) (Entered: 08/04/2006) |
| 08/06/2006 | 63 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 62 Generic Order) Service Date 08/06/2006. (Admin.) (Entered: 08/07/2006) |
| 08/10/2006 | | Hearing Held APPEARANCES: Orr, Seedorf, Iannotti . (related document(s)47 Motion in Limine filed by Defendant College Access Network, 50 Objection filed by Plaintiff Christopher M. Alvanas,). After hearing from Seedorf and Orr, the moiton is denied. Orr will provide disclosures to the defendant as required under Federal Rules of Evidence. Defendant will have time to consult with its expert and send interrogatories. New deadlines to be set by parties. A new scheduling order to be filed. (DAgostino, Holly) (Entered: 08/10/2006) |
| 08/10/2006 | 64 | Order Denying Motion In Limine (related document(s)47 Generic Motion, ). (DAgostino, Holly) (Entered: 08/10/2006) |
| 08/12/2006 | 65 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 64 Generic Order) Service Date 08/12/2006. (Admin.) (Entered: 08/13/2006) |
| 08/17/2006 | 66 | Discovery Plan Filed by Plaintiff Christopher M. Alvanas, Defendant College Access Network. (Seedorf, Kyle) (Entered: 08/17/2006) |
| 08/21/2006 | 67 | AMENDED Scheduling Order (related document(s)66 Discovery Plan filed by Plaintiff Christopher M. Alvanas, Defendant College Access Network). Pre-Trial Order due by 11/13/2006. Discovery due by 11/6/2006. (Lanni, Christine) Additional attachment(s) added on 8/21/2006 (Venuti, Jody). (Entered: 08/21/2006) |
| 08/21/2006 | 68 | BNC Service of Document (related document(s)67 Scheduling Order). . (Lanni, Christine) (Entered: 08/21/2006) |
| 08/23/2006 | 69 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 68 BNC Service of Document) Service Date 08/23/2006. (Admin.) (Entered: 08/24/2006) |
| 11/09/2006 | 70 | Joint Pre-Trial Order Filed by Plaintiff Christopher M. Alvanas; Defendant College Access Network and U.S. Department of Education Defendant in AP05-1084 (Consolidated Case) (related |

| | | |
|---|---|---|
| | | document(s)67 Scheduling Order, ). (Orr, Thomas) Modified Text on 11/13/2006 (Lanni, Christine). (Entered: 11/09/2006) |
| 11/13/2006 | | ECF Corrective Entry- Modified Text to include defendant in 05-1083 & defendnat in 05-1084 consolidated case (related document(s) 70 Joint Pre-Trial Order, filed by Plaintiff Christopher M. Alvanas, Defendant College Access Network). . (Lanni, Christine) (Entered: 11/13/2006) |
| 11/14/2006 | 71 | Hearing Set (related document(s)66 Discovery Plan filed by Plaintiff Christopher M. Alvanas, Defendant College Access Network, 25 Answer to Complaint filed by Defendant College Access Network, 41 Discovery Plan filed by Plaintiff Christopher M. Alvanas, Defendant College Access Network, 1 Complaint, filed by Plaintiff Christopher M. Alvanas, 70 Joint Pre-Trial Order, filed by Plaintiff Christopher M. Alvanas, Defendant College Access Network). . Trial date set for 11/29/2006 at 10:00 AM at 6th Floor Courtroom. (Lanni, Christine) (Entered: 11/14/2006) |
| 11/16/2006 | 72 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 71 Hearing, , ) Service Date 11/16/2006. (Admin.) (Entered: 11/17/2006) |
| 11/21/2006 | 73 | Stipulation By Defendant College Access Network and Plaintiff Christopher M. Alvanas (related document(s)70 Joint Pre-Trial Order, filed by Plaintiff Christopher M. Alvanas, Defendant College Access Network). Filed by Defendant College Access Network. (Seedorf, Kyle) Modified Text on 11/22/2006 (Lanni, Christine). (Entered: 11/21/2006) |
| 11/22/2006 | | ECF Corrective Entry- (related document(s)73 Stipulation, filed by Plaintiff Christopher M. Alvanas, Defendant College Access Network). . Modified text to include plaintiff. (Lanni, Christine) (Entered: 11/22/2006) |
| 11/30/2006 | | Hearing Held APPEARANCES: Atty. Orr; Atty. Iannotti; Kyle Seedorf, Debtors. Parties stipulate the because Dr. Brogan is ill, parties will read medical report into record and that will constitute Dr. Brogna's testimony. Atty. Orr called, Shari Alvanas - cross by Seedorf, cross by Atty. Iannotti, re-direct by Atty. Orr. Atty. Orr read Dr. Brogan's reprot into record. Atty. Orr called Christopher Alvanas - cross by Seedorf, cross by Atty. Iannotti, re-direct by Atty. Orr. All exhibits are considered full. Court rendered Bench Decision finding detbrs dischargeable in both cases. Judgment shall enter for Plaintiffs. Atty. Orr to submit Order. (related document(s)66 Discovery Plan filed by Plaintiff Christopher M. Alvanas, Defendant College Access Network, 25 Answer to Complaint filed by Defendant College Access Network, 41 Discovery Plan filed by Plaintiff Christopher M. |

| | | |
|---|---|---|
| | | Alvanas, Defendant College Access Network, 1 Complaint, filed by Plaintiff Christopher M. Alvanas, 70 Joint Pre-Trial Order, filed by Plaintiff Christopher M. Alvanas, Defendant College Access Network, 73 Stipulation, filed by Plaintiff Christopher M. Alvanas, Defendant College Access Network). . Order Due by: 12/11/2006 from Atty. Orr. (Lanni, Christine) (Entered: 11/30/2006) |
| 11/30/2006 | | Trial Flag Set. (Lanni, Christine) (Entered: 11/30/2006) |
| 12/01/2006 | 74 | Proposed Order After Hearing Filed by Plaintiff Christopher M. Alvanas (related document(s)1 Complaint, filed by Plaintiff Christopher M. Alvanas). Status Check Due by:12/6/2006. (Orr, Thomas) (Entered: 12/01/2006) |
| 12/12/2006 | 75 | Order Granting (re: 1 Complaint, filed by Plaintiff Christopher M. Alvanas). (Lanni, Christine) (Entered: 12/12/2006) |
| 12/12/2006 | 76 | Judgment Order (re:75 Granting Complaint) (Lanni, Christine) Modified Text on 12/12/2006 (Lanni, Christine). (Entered: 12/12/2006) |
| 12/12/2006 | | Corrective Entry ** Modified wording of text** (related document(s) 76 Judgment Order (ap/bk)). . (Lanni, Christine) (Entered: 12/12/2006) |
| 12/13/2006 | | Request for expedited Transcript by U.S. Attorney, Providence re hearing held: 11/29/2006 .Company preparing transcript: J & J Transcribers Inc . (Notify ECRO when deadline expires). . Status Check Due by:12/22/2006. (Wilkicki, Joseph) (Entered: 12/13/2006) |
| 12/14/2006 | 77 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 76 Judgment Order (ap/bk)) Service Date 12/14/2006. (Admin.) (Entered: 12/15/2006) |
| 12/14/2006 | 78 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 75 Granting/Denying a Complaint) Service Date 12/14/2006. (Admin.) (Entered: 12/15/2006) |
| 12/20/2006 | 79 | Transcript filed. Date of Hearing:. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public Uploaded by Transcriber Company. Statement of Identifiers to be Redacted due by: 1/10/2007. (J and J Court Transcribers, Inc., ) (Entered: 12/20/2006) |
| 12/22/2006 | 80 | Notice of Appeal . Fee Amount filed by USA (no fee) Filed by Michael P. Iannotti on behalf of United States Department of |

| | | |
|---|---|---|
| | | Education (related document(s)75 Order Granting Complaint (ap/bk)). Appellant Designation due by: 1/2/2007. (Iannotti, Michael) Modified linkage on 12/26/2006 (Spaight, Linda). Modified on 12/29/2006 (Venuti, Jody). (Entered: 12/22/2006) |
| 12/22/2006 | 81 | Appellant District Court Election Filed by Michael P. Iannotti on behalf of United States Department of Education (related document(s) 80 Notice of Appeal filed by Defendant United States Department of Education). (Iannotti, Michael) (Entered: 12/22/2006) |
| 12/22/2006 | 82 | Notice of Appeal . Fee Amount $;255 Filed by Kyle Paul Seedorf on behalf of College Access Network (related document(s)75 Order Granting Complaint (ap/bk)). Appellant Designation due by: 1/2/2007. (Seedorf, Kyle) Modified linkage on 12/26/2006 (Spaight, Linda). (Entered: 12/22/2006) |
| 12/22/2006 | 83 | College Access Network District Court Election Filed by Kyle Paul Seedorf on behalf of College Access Network (related document(s)82 Notice of Appeal filed by Defendant College Access Network). (Seedorf, Kyle) (Entered: 12/22/2006) |
| 12/22/2006 | 84 | Motion Waiver of Filing Fee Filed by Defendant College Access Network. Objections to Motion Due: 1/4/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2 (e)(3).(Seedorf, Kyle) (Entered: 12/22/2006) |
| 12/26/2006 | 85 | Court Notice (related document(s)80 Notice of Appeal filed by Defendant United States Department of Education). (Spaight, Linda) Additional attachment(s) added on 12/26/2006 (Venuti, Jody). (Entered: 12/26/2006) |
| 12/26/2006 | 86 | Court Notice (related document(s)82 Notice of Appeal filed by Defendant College Access Network). (Spaight, Linda) (Entered: 12/26/2006) |
| 12/26/2006 | 87 | BNC Service of Document (related document(s)85 Court Notice).. (Spaight, Linda) (Entered: 12/26/2006) |
| 12/28/2006 | 88 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 86 Court Notice) Service Date 12/28/2006. (Admin.) (Entered: 12/29/2006) |
| 12/28/2006 | 89 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 87 BNC Service of Document) Service Date 12/28/2006. (Admin.) (Entered: 12/29/2006) |

Case 1:07-cv-00024-ML-DLM Document 3-2 Filed 01/22/2007 Page 13 of 13

| | | |
|---|---|---|
| 12/29/2006 | 90 | Judge's Order Requesting Legal Memorandum From Appellant/Defendant College Access Network (re: 84 Motion to Waive Filing fee (re: #82 Notice of Appeal) filed by Defendant College Access Network) Due by: 1/8/2007. (Spaight, Linda) (Entered: 12/29/2006) |
| 12/31/2006 | 91 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 90 Order Requesting Position filed by Defendant College Access Network) Service Date 12/31/2006. (Admin.) (Entered: 01/01/2007) |
| 01/03/2007 | 92 | Appellant Designation of Contents For Inclusion in Record On Appeal *and Statement of Issues* Filed by Kyle Paul Seedorf, Michael P. Iannotti on behalf of College Access Network, United States Department of Education (related document(s)80 Notice of Appeal, filed by Defendant United States Department of Education, 82 Notice of Appeal, filed by Defendant College Access Network). Appellee designation due by 1/16/2007. Transmission of Designation Due by 2/2/2007. (Iannotti, Michael) (Entered: 01/03/2007) |
| 01/04/2007 | 93 | Motion To Withdraw 84 Motion for Waiver of Filing Fee and Request that Appeal be deemed timely filed Filed by Defendant College Access Network. Objections to Motion Due: 1/17/2007. (Attachments: # 1 Proposed Order Granting Motion to Withdraw Appellant College Access Network Motion for Waiver of Filing Fee) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Seedorf, Kyle) Modified linkage and text on 1/5/2007 (DAgostino, Holly). (Entered: 01/04/2007) |
| 01/08/2007 | 94 | Order Granting (related document(s) 93 Motion to Withdraw 84 Motion to Waive Filing Fee (Re: #82 Notice of Appeal)). (Spaight, Linda) (Entered: 01/08/2007) |
| 01/10/2007 | 95 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 94 Generic Order) Service Date 01/10/2007. (Admin.) (Entered: 01/11/2007) |
| 01/16/2007 | 96 | Receipt Number 64707, Fee Amount $255.00 (related document(s)82 Notice of Appeal, filed by Defendant College Access Network). . (Lanni, Christine) (Entered: 01/16/2007) |