UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF EDUCATION, and COLLEGE ACCESS NETWORK Defendants-Appellants | ) | |
| v. | ) | Case No. 07-0024ML |
| CHRISTOPHER M. ALVANAS and SHARI A. ALVANAS, Plaintiffs-Appellees | ) | |

APPELLANTS' JOINT STATEMENT OF ISSUES TO BE RESOLVED ON APPEAL

The defendants-appellants, College Access Network and United States Department of Education, by and through their attorneys, pursuant to LR Gen 109(f)(6), hereby state that the issues on appeal are as follows:

1. Whether the plaintiffs-debtors, now, and in the foreseeable future, will be able to maintain a reasonable, minimal standard of living for the plaintiffs-debtors and the plaintiffs-debtors' dependents and still be able to make payments on the plaintiffs-debtors' student loans; and,

2. Whether the Bankruptcy Court improperly admitted and considered as evidence, lay testimony regarding the medical condition of individuals related to the plaintiff, Christopher Alvanas.

Signed:

College Access Network,
Appellant

By its attorney

/s/ Kyle Seedorf
Kyle Seedorf, Esq.
(*pro hac vice*)
1801 Broadway, Ste. 360
Denver, CO 80202
720-264-8530
303-292-1606 (fax)
kseedorf@cslp.org

United States Department of Education,
Appellant

By its attorneys

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
Michael P. Iannotti
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Michael.Iannotti@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, I electronically filed the within Statement of Issues on Appeal, with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

The following participant has received notice electronically:

Thomas B. Orr, Esquire
55 Memorial Boulevard
Newport, Rhode Island 02840
Phone: (401) 846-4610
Fax: (401) 849-9859
Attorney for the Debtor/Appellees
laworr@verizon.net

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney