**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**United States Department**
**of Education, et al**

**v.** **CA#07-24ML**

**Christopher M. Alvanas, et al.**

## JOINT MOTION FOR EXTENSION OF TIME

NOW COME ALL the parties to the above captioned action and pursuant to LR Cv. 7(a), hereby jointly move this Honorable Court to grant an extension of time in which to file their briefs in this matter. Said briefs are due March 9, 2007 and the parties seek until March 19, 2007 to file said briefs.

Counsel all cite the February school vacation, which was during the week of 2/19/07 through 2/23/07 and counsel for the Alvanas cites an out of state traffic accident, as reasons for this Motion.

| | | |
|---|---|---|
| US Dept. of Education<br>by its attorney, | College Access Network<br>by its attorney, | Christopher M. Alvanas<br>and Shari A. Alvanas<br>by their attorney, |
| /s/ Michael P. Iannotti<br>Michael P. Iannotti, Esq.<br>Asst. US Attorney | /s/ Kyle Seedorf<br>Kyle Seedorf, Esq. | /s/ Thomas B. Orr<br>Thomas B. Orr, Esq |

**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

United States Department
of Education, et al.

v. CA#07-24ML

Christopher M. Alvanas, et al

**CERTIFICATION OF SERVICE**

I hereby certify that on March , 2007, I electronically filed a Joint Motion to Extend Time and a Certification of Service with the Clerk of the US District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Michael P. Iannotti, Esq. and Kyle Seedorf, Esq. The following participants have been served through regular mail:

/s/ Thomas B. Orr