RECEIVED
MAY 18 2007
Property of U.S. District Court
District of Rhode Island

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHRISTOPHER M. ALVANAS and )
SHARI A. ALVANAS, )
Plaintiffs-Appellees, )
)
v. ) C.A. No. 07-024ML
)
COLLEGE ACCESS NETWORK and )
U.S. DEPARTMENT OF EDUCATION )
Defendants-Appellants. )

**ORDER**

This appeal of the decision and judgment entered by the Bankruptcy Court came before the Court for hearing on May 10, 2007, and after hearing thereon and consideration thereof it is hereby,

**ORDERED, ADJUDGED, AND DECREED**

that the findings, and the decision and judgement of the Bankruptcy Court discharging the plaintiff-appellees' student loans, are vacated and this matter is remanded to the Bankruptcy Court for consideration of the legal arguments of counsel as they relate to the factual record that has been developed and to then render a decision having considered those legal arguments.

BY ORDER:

Barbara Barletta

ENTER:

Mary M. Lisi
MARY M. LISI
CHIEF JUDGE
UNITED STATES DISTRICT COURT
5/22/07